IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                    CASE NO.  4:92cr00147-01 JMM

TYRA JOHNSON

ORDER

The Order entered March 6, 2008, granting the motion for sentence reduction pursuant to 18 USC § 3582 (docket entry #81), is amended to show that Jerome T. Kearney is Defendant's attorney.

The remaining portions of the Order will remain in full force and effect.

IT IS SO ORDERED THIS 10th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE